# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GENE BORDIN, | No. 2:22-CV-2046-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JON RAU, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing on Defendants' motion to dismiss scheduled for March 15, 2023, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: March 10, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1